# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**CARMEN RODRIGUEZ-CARDI,**

    **Plaintiff,**

      **v.**

**MMM HOLDINGS, INC.,**

    **Defendant.**

**CIVIL NO. 14-1854 (PAD)**

## JUDGMENT

In accordance with the Opinion and Order issued today (Docket No. 93), judgment is hereby entered dismissing plaintiff's claims.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of March, 2018.

                                                  s/Pedro A. Delgado-Hernández
                                                  PEDRO A. DELGADO-HERNÁNDEZ
                                                  United States District Judge